MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Aftanas_____ JAD/TPA/CMB/GLT
Date of Meeting: 2/6/17
Case Number: 16-24153  Recording # _____
Debtor(s) present ___ or Not Present ___ (___ No Payments Made or ___ partial payments)
Attorney for debtor(s) __Thompson_____ (Present ___ or Not Present ___)
Date of Plan at § 341: _____  Applicable commitment period ___3 yrs ___5 yrs

Donahue — FNB

No pmts

_____ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
✓ Meeting NOT HELD                    ✓ Order to Show Cause Requested
                                      _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due: _____; Objections due: _____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
_____ Continued to:
          _____ 341 Meeting  OR _____ Conciliation Conf. OR ___ *Contested Hearing
On _____ at _____ am/pm  Location _____

_Jana S. Pail_
Chapter 13 Trustee/Attorney for Trustee

FILED 2017 FEB -9 P 2:11 CLERK U.S. BANKRUPTCY COURT-PITTSBURGH