IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | | |
| Leonard M. Aftanas and Mary J. Aftanas, | ) ) ) | Bankruptcy No. 16-24153-CMB Chapter 13 |
| Debtors. | ) ) | |
| First National Bank of Pennsylvania, | ) ) ) ) | |
| Movant, | ) ) | **Hearing Date and Time: March 22, 2017 at 10:00 a.m.** |
| v. | ) ) | |
| Leonard M. Aftanas and Mary J. Aftanas, | ) ) ) ) | |
| Respondent(s). | ) | |

RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW come Respondent(s) Leonard M. Aftanas and Mary J. Aftanas by and through their attorney Brian C. Thompson, Esquire, Thompson Law Group, P.C., and hereby respond to the Motion for Relief from the Automatic Stay as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted in part.  The vehicle at issue is often, but not always located at Debtors' residence as it is necessary for Debtor use for work and life activities critical to this reorganization.  Debtor is currently without sufficient information to adequately respond to this allegation.

6. Denied.  Conclusion of law to which no response is required.

7. Denied. Debtor is currently without sufficient information to adequately respond to this allegation. Strict proof demanded.

8. Denied. Debtor is currently without sufficient information to adequately respond to this allegation. Strict proof demanded.

9. Denied in part.

   A. Denied. Debtor is currently without sufficient information to adequately respond to this allegation. Strict proof demanded.

   B. Denied. The vehicle at issue is vital to Debtors' reorganization.

   C. Denied. Debtor is currently without sufficient information to adequately respond to this allegation. Strict proof demanded.

   D. Admitted

   E. Denied. A payment in the full plan payment amount of $1,332.00 was received by the Chapter 13 Trustee on February 6, 2017, Exhibit "A", attached hereto.

   F. Admitted.

   G. Admitted in part. The Debtors did appear at the meeting of creditors held on May 11, 2016 in their prior case.

10. Denied. Debtor is currently without sufficient information to adequately respond to this allegation. Strict proof demanded.

WHEREFORE, Respondents, respectfully request that this court deny Movant's Motion for Relief from the Automatic Stay.

Executed on: February 24, 2017         s/Brian C. Thompson
                                       Brian C. Thompson, Esquire
                                       Attorney for Debtor
                                       PA-91197
                                       THOMPSON LAW GROUP, P.C.
                                       125 Warrendale-Bayne Road, Suite 200
                                       Warrendale, Pennsylvania 15086
                                       (724) 799-8404 Telephone
                                       (724) 799-8409 Facsimile
                                       bthompson@thompsonattorney.com