IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| LEONARD M. AFTANAS AND | ) | Bankruptcy No. 16-24153CMB |
| MARY J. AFTANAS | ) | |
|     Debtors | ) | Chapter 13 |
| | ) | |
| | ) | Motion No. |
| FIRST NATIONAL BANK OF PENNSYLVANIA, | ) | |
| | ) | |
|     Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LEONARD M. AFTANAS AND | ) | |
| MARY J. AFTANAS | ) | |
|     Respondents/Debtors | ) | |

<u>PRAECIPE TO WITHDRAW</u>

TO: Clerk of Court

    Kindly mark as withdrawn the Motion for Relief from Stay filed in the above-referenced bankruptcy on behalf of First National Bank of Pennsylvania. Debtor's counsel consents to this Praecipe to Withdraw.

    Respectfully Submitted,

    FIRST NATIONAL BANK OF
    PENNSYLVANIA

    <u>/S/ Donna M. Donaher</u>
    Donna M. Donaher, Esq.
    Pa. I.D. No. 53165

    One North Shore Center
    12 Federal Street, 1st Floor
    Pittsburgh, PA 15212
    (412) 320-2191
    donaherd@fnb-corp.com

    Attorneys for First National Bank of
    Pennsylvania