IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: ) | | |
| LEONARD M. AFTANAS AND ) | Bankruptcy No. 16-24153CMB | |
| MARY J. AFTANAS ) | | |
|     Debtors ) | Chapter 13 | |
| ) | | |
| ) | Motion No. | |
| FIRST NATIONAL BANK OF PENNSYLVANIA, ) | | |
| ) | | |
|     Movant ) | | |
| ) | | |
| vs. ) | | |
| ) | | |
| LEONARD M. AFTANAS AND ) | | |
| MARY J. AFTANAS ) | | |
|     Respondents/Debtors ) | | |

<u>PRAECIPE TO WITHDRAW</u>

TO: Clerk of Court

      Kindly mark as withdrawn the Objection of First National Bank of Pennsylvania to Confirmation of Debtors' Chapter 13 Plan filed in the above-referenced bankruptcy on behalf of First National Bank of Pennsylvania.

      Respectfully Submitted,

      FIRST NATIONAL BANK OF PENNSYLVANIA

        /S/ Donna M. Donaher
      Donna M. Donaher, Esq.
      Pa. I.D. No. 53165

      One North Shore Center
      12 Federal Street, 1st Floor
      Pittsburgh, PA 15212
      (412) 320-2191
      donaherd@fnb-corp.com

      Attorneys for First National Bank of Pennsylvania