**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Leonard M. Aftanas, | ) | Case No. 16-24153-CMB |
| Mary J. Aftanas, | ) | |
| | ) | |
| Debtors. | ) | Chapter 13 |
| _____ | ) | |
| Thompson Law Group, P.C., | ) | Document No. |
| | ) | |
| Movant, | ) | Related to Document No. |
| | ) | |
| v. | ) | |
| | ) | Hearing Date and Time: |
| No Respondents, | ) | May 10, 2017 at 11:00 a.m. |
| | ) | |
| Respondent. | ) | |

**NOTICE OF HEARING WITH RESPONSIVE DEADLINE**
**ON DEBTORS' MOTION FOR ORDER DIRECTING TRUSTEE TO PAY ADMINISTRATIVE**
**CLAIM OF THOMPSON LAW GROUP, P.C.**

TO THE RESPONDENT(S):
You are hereby notified that the above Movant(s) seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the motion no later than April 7, 2017, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on May 10, 2017 at 11:00 a.m. before The Honorable Judge Carlota M. Böhm in Court Room B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of service: March 21, 2017        /s/Brian C. Thompson
                                        Brian C. Thompson, Esquire
                                        Pa. I.D. #91197
                                        Thompson Law Group, P.C.
                                        125 Warrendale-Bayne Road, Suite 200
                                        Warrendale, PA 15086
                                        (724) 799-8404 Telephone
                                        (724) 799-8409 Facsimile
                                        bthompson@thompsonattorney.com