# PROCEEDING MEMO

Date: 03/22/2017 10:00 am

In re: Leonard M. Aftanas and Mary J. Aftanas

Bankruptcy No. 16-24153-CMB
Chapter: 13
Doc. # 40

Appearances: Brian C. Thompson Brett Lemon; Debtors appeared.

Movant(s): ~~Winnecour / Park~~ / Bedford / ~~Katz~~

Respondent(s):

Creditor(s):

Nature of Proceeding: Rule to Show Cause for Debtors' Failure to Appear at 341
Meeting of Creditors

Additional Pleadings:

Judge's Notes:

Outcome:   341 to be rescheduled one more time.

___Motion is GRANTED___Order Entered

___Motion is DENIED___Order entered

___Motion WITHDRAWN

___Motion is DISMISSED___Order entered

___Reschedule for Proper Service

___Case DISMISSED___Order entered

___Parties to submit Order/Settlement/Stipulation by___days

___CONTINUED MATTER: ___for at least___days (Court to Issue Order)

___ISSUE EVIDENTIARY HEARING NOTCE

___Discovery time needed___days

___Briefs to be filed:     Movant(s) brief due___days
Respondent(s) brief due___days
Trustee's brief due___days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
3/22/17 4:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA