**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 16−24153−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Leonard M. Aftanas
2559 Nicholson Road
Sewickley, PA 15143

Mary J. Aftanas
2559 Nicholson Road
Sewickley, PA 15143

Social Security No.:
xxx−xx−4700

xxx−xx−6688

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Brian C. Thompson<br>Thompson Law Group, P.C.<br>125 Warrendale−Bayne Road<br>Suite 200<br>Warrendale, PA 15086<br>Telephone number: 724−799−8404 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>April 24, 2017<br>01:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>April 24, 2017<br>01:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 3/22/17

BY THE COURT

Carlota M. Bohm
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 16-24153-CMB
Leonard M. Aftanas                                                     Chapter 13
Mary J. Aftanas
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz                Page 1 of 2              Date Rcvd: Mar 22, 2017
                              Form ID: rsc13            Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2017.
db/jdb         +Leonard M. Aftanas,    Mary J. Aftanas,    2559 Nicholson Road,    Sewickley, PA 15143-8502
cr             +First National Bank of Pennsylvania,    c/o Donna Donaher,    One North Shore Center,
                 12 Federal Street, First Floor,    Pittsburgh, PA 15212-5752
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14318451       +AAA Debt Recovery,    PO Box 129,    Monroeville, PA 15146-0129
14318452       +Allegheny County Court of Common Pleas,    Dept. of Court Records, Criminal Div,
                 114 Courthouse,    436 Grant Street,    Pittsburgh, PA 15219-2400
14318453       +Associates in Gastroenterology,    5500 Brooktree Road,    Suite 201,    Wexford, PA 15090-9260
14318454       +CBCS,    PO Box 2724,    Columbus, OH 43216-2724
14318455       +Consolidated Communications,    4008 Gibsonia Road,    Gibsonia, PA 15044-9386
14318456        Credit Collections Co.,    509 Monongahela Blvd,    Morgantown, WV 26507
14318457       ++DIRECTV LLC,   ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                 (address filed with court: DirecTV,    PO Box 6550,    Greenwood Village, CO 80155)
14318459       +ER Automotive,    547 California Avenue,    Avalon, PA 15202-2426
14318460       +First National Bank of PA,    4140 E. State Street,    Hermitage, PA 16148-3401
14318462       +First National Bank of Pennsylvania,    One FNB Blvd.,    Hermitage, PA 16148-3363
14318461       +First National Bank of Pennsylvania,    PO Box 6000,    Hermitage, PA 16148-0900
14329155       +First National Bank of Pennsylvania,    c/o Donna Donaher,    One North Shore Center,
                 12 Federal Street, Suite 105,    Pittsburgh, PA 15212-5753
14318463       +Genesis Medical Associates,    8150 Perry Hwy, Suite 300,    Pittsburgh, PA 15237-5232
14318464        Green Tree Servicing, LLC,    345 St. Peter Street,    1100 Landmark Towers,
                 Saint Paul, MN 55102
14318466       +James F. Brungo DPM,    8035 McKnight Road,    Andre Plaza Suite 104,    Pittsburgh, PA 15237-3036
14318467       +Joseph Bikowski, M.D Associates Inc.,    500 Chadwick Street,    Sewickley, PA 15143-1851
14318468       +KML Law Group, PC,    Mellon Independence Center, Ste 5000,    701 Market Street,
                 Attn: Jennifer L. Frechie, Esquire,    Philadelphia, PA 19106-1538
14318469       +McCandless Franklin Park Ambulance Auth,    Box 1,    Ingomar, PA 15127-0001
14318470       +McKesson Patient Care Solutions,    540 Lindbergh Drive,    Moon, PA 15108-2750
14318471       +Med Express Billing,    PO Box 719,    Dellslow, WV 26531-0719
14318473       +PA Department of Revenue,    Bureau of Compliance - Lien Section,    PO Box 280948,
                 Harrisburg, PA 17128-0948
14325550       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14318475        Peoples Gas,    PO Box 644760,    Pittsburgh, PA 15264-4760
14347797       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14318479       +Tri Rivers Surgical Assoc., Inc.,    9104 Babcock Blvd. #2120,    Pittsburgh, PA 15237-5818
14318480        U.S. Attorneys Office,    Western District of PA,    633 U.S. Post Office & Courthouse,
                 Grant Street,    Pittsburgh, PA 15219
14318482        UPMC Passavant,    PO Box 382059,    Pittsburgh, PA 15250-8059
14382720        UPMC Passavant,    PO Box 1123,    Minneapolis, MN 55440-1123
14318483       +UPMC Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
14382721        University of Pittsburgh Physicians,    PO Box 1123,    Minneapolis, MN 55440-1123
14318484       +Waste Management,    PO Box 13577,    Philadelphia, PA 19101-3577
14348582        Wells Fargo Bank N.A.,,    d/b/a Wells Fargo Dealer Services,    PO Box 19657,
                 Irvine, CA 92623-9657
14318485       +Wells Fargo Dealer Services,    PO Box 1697,    Winterville, NC 28590-1697
14318486       +West View Water Authority,    PO Box 747107,    Pittsburgh, PA 15274-7105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 23 2017 01:35:30     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
14318458       +E-mail/Text: bankruptcy.bnc@ditech.com Mar 23 2017 01:35:09     Ditech,    PO Box 94710,
                 Palatine, IL 60094-4710
14379412        E-mail/Text: bankruptcy.bnc@ditech.com Mar 23 2017 01:35:09
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
14318465       +E-mail/Text: cio.bncmail@irs.gov Mar 23 2017 01:35:05     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
14351907        E-mail/Text: bkr@cardworks.com Mar 23 2017 01:34:50     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14318472       +E-mail/Text: bkr@cardworks.com Mar 23 2017 01:34:50     Merrick Bank,    PO Box 9201,
                 Old Bethpage, NY 11804-9001
14381573        E-mail/Text: peritus@ebn.phinsolutions.com Mar 23 2017 01:36:47
                 PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    Irving, Tx 75014-1419
14318476        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 23 2017 01:33:57
                 Portfolio Recovery Associates,    120 Corporate Blvd,    Suite 100,    Norfolk, VA 23502
14362673       +E-mail/Text: bankruptcy@firstenergycorp.com Mar 23 2017 01:35:55     Penn Power,
                 5001 NASA Blvd,    Fairmont WV 26554-8248
14318474       +E-mail/Text: bankruptcy@firstenergycorp.com Mar 23 2017 01:35:55     Penn Power,    PO Box 3687,
                 Akron, OH 44309-3687

```
District/off: 0315-2           User: amaz                   Page 2 of 2                  Date Rcvd: Mar 22, 2017
                               Form ID: rsc13               Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14334694          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 23 2017 01:35:30
                   Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                   Harrisburg, Pa.  17128-0946
14318477          E-mail/Text: appebnmailbox@sprint.com Mar 23 2017 01:35:45      Sprint,    PO Box 4191,
                   Carol Stream, IL 60197
14318478         +E-mail/Text: bankruptcydepartment@tsico.com Mar 23 2017 01:36:32     Transworld Systems, Inc.,
                   507 Prudential Road,    Horsham, PA 19044-2308
14318481         +E-mail/Text: BankruptcyNotice@upmc.edu Mar 23 2017 01:36:28      UPMC,    2 Hot Metal Street,
                   Dist. Room 386,    Pittsburgh, PA 15203-2348
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC
cr*             PERITUS PORTFOLIO SERVICES II, LLC,   PO BOX 141419,   IRVING, TX  75014-1419
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2017 at the address(es) listed below:
```
              Brian C. Thompson    on behalf of Debtor Leonard M. Aftanas bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Brian C. Thompson    on behalf of Joint Debtor Mary J. Aftanas bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Donna M. Donaher    on behalf of Creditor    First National Bank of Pennsylvania
               donaherd@fnb-corp.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 7
```