# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Leonard M. Aftanas, | ) | Case No. 16-24153-CMB |
|       Mary J. Aftanas, | ) | |
| | ) | |
|       Debtors. | ) | Chapter 13 |
| _____ | ) | |
| Thompson Law Group, P.C., | ) | Document No. |
| | ) | |
|       Movant, | ) | Related to Document No. |
| | ) | |
| v. | ) | |
| | ) | Hearing Date and Time: |
| No Respondents, | ) | May 10, 2017 at 11:00 a.m. |
| | ) | |
|       Respondent. | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO PAY ADMINISTRATIVE CLAIM

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Pay Administrative Claim filed on March 21, 2017 at Document No. 50 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Order scheduling Hearing, Responses to Objections were to be filed and served no later than April 7, 2017.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion to Pay Administrative Claim recorded at Document No. 50 be entered by the Court.

Date: April 10, 2017

s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor(s)
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Rd., Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com