# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Leonard M. Aftanas,          )<br>             Mary J. Aftanas,                 )<br>                                                       )<br>             Debtors.                           )<br>_____)<br>             Thompson Law Group, P.C.,  )<br>                                                       )<br>             Movant,                            )<br>                                                       )<br>             v.                                      )<br>                                                       )<br>             No Respondents,              )<br>                                                       )<br>             Respondent.                    ) | Case No. 16-24153-CMB<br><br>Chapter 13<br><br>Document No.<br><br>Related to Document No.  50<br><br><br>Hearing Date and Time:<br>May 10, 2017 at 11:00 a.m.<br><br>**ENTERED BY DEFAULT** |

## ORDER OF COURT

AND NOW, upon consideration of the Motion for Order Directing Trustee to Pay the Administrative Claim of Thompson Law Group, P.C., it is hereby ORDERED that the Chapter 13 Trustee is authorized to disburse to Thompson Law Group, P.C. the funds on hand, as payment in part of their administrative claim for legal services rendered.

Date:  April 12, 2017

_____
United States Bankruptcy Judge    **dmr**

FILED
4/12/17 9:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 16-24153-CMB
Leonard M. Aftanas                                              Chapter 13
Mary J. Aftanas
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dric                Page 1 of 1                  Date Rcvd: Apr 12, 2017
                              Form ID: pdf900           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2017.
```
db/jdb         +Leonard M. Aftanas,    Mary J. Aftanas,    2559 Nicholson Road,    Sewickley, PA 15143-8502
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2017 at the address(es) listed below:
```
              Brian C. Thompson    on behalf of Debtor Leonard M. Aftanas bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Brian C. Thompson    on behalf of Joint Debtor Mary J. Aftanas bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Donna M. Donaher    on behalf of Creditor    First National Bank of Pennsylvania
               donaherd@fnb-corp.com
              James Warmbrodt     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 7
```