# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | LEONARD M. & MARY J. AFTANAS |
| **Case Number:** | 16-24153-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 05, 2017  01:30 PM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
10/11/17 11:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#20 - Final Confirmation of Plan Dated:  11-21-2016 (NFC)

R / M #:  20 / 0

### *Appearances:*

Debtor: *Lemon*
Trustee: Winnecour / (Bedford) / Pail / Katz

Creditor:

*Going to apply for LMP*

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **2-8-18** at **11:00**.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/29/2017   10:23:53AM