## PROCEEDING MEMO

**Date: 03/21/2018   10:00 a.m.**

In re: Leonard M. Aftanas
      Mary J. Aftanas

Bankruptcy No. 16-24153-CMB
Chapter: 13
Doc. # 20

**Appearances:** Winnecour ~~/ Pail / Katz~~, Brian C. Thompson  for Debtors

**Movant(s):**   James Warmbrodt for Ditech Financial

**Respondents:**

**Creditor(s):** Donna M. Donaher, James C. Warmbrodt

**Nature of Proceeding:** #20 Contested November 21, 2016 Plan

**Additional Pleadings:** #28 Objection to Plan by First National Bank of Pennsylvania; #58 Objection to Plan by Ditech Financial LLC

**Judge's Notes:**   Per Trustee, she has not received a payment from Sept. 2017. Per Debtor's counsel, there was a check for over $6,000 that posted on trustee's database. NOw, only the

**Outcome:**   March payment is due. Debtor's counsel would like to schedule a conciliation hearing. Conciliation scheduled for May 10, 2018 at 9:30 a.m.

_____ Motion is GRANTED _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED   Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED   Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER:   _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:   Movant(s) brief due _____ days
                            Respondent(s) brief due _____ days
                            Trustee's brief due _____ days

                                                    Carlota M. Böhm
                                                    U.S. Bankruptcy Judge

FILED
3/22/18 8:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                                      Case No. 16-24153-CMB
Leonard M. Aftanas                                                          Chapter 13
Mary J. Aftanas
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dric                 Page 1 of 1                  Date Rcvd: Mar 22, 2018
                              Form ID: pdf900            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2018.
db/jdb         +Leonard M. Aftanas,    Mary J. Aftanas,   2559 Nicholson Road,   Sewickley, PA 15143-8502

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2018 at the address(es) listed below:
              Brian C. Thompson    on behalf of Debtor Leonard M. Aftanas bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrli
               c@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              Brian C. Thompson    on behalf of Joint Debtor Mary J. Aftanas bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrli
               c@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              Donna M. Donaher    on behalf of Creditor    First National Bank of Pennsylvania
               donaherd@fnb-corp.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 7