UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA

CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

|  |  |
|---|---|
| Debtor: | LEONARD M. & MARY J. AFTANAS |
| Case Number: | 16-24153-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, MAY 10, 2018 09:30 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
5/11/18 4:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## Matter:

#20 - Amended Plan Dated: 11-21-2016 (NFC)
R / M #:  20 / 0

## Appearances:

Debtor: Thompson      Ditech: Wambrett
Trustee: Winnecour / Pail / Katz / (DeSimone)
Creditor:

## Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  6/21/18  at  11:00 .

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

5/3/2018     3:59:12PM