# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | Leonard M. Aftanas, and<br>Mary J. Aftanas, | : <br> : <br> : | Bankruptcy No.: 16-24153-CMB |
| | Debtors. | : <br> : | Chapter 13 |
| | _____ | : | Document No.: |
| | Leonard M. Aftanas, | : <br> : | Related to Document No.: 76 |
| | Movant, | : <br> : | |
| | v. | : <br> : | |
| | Round 5, LLC, | : <br> : | |
| | Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Jill A. Gorzé, Paralegal, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on May 15, 2018, via first class mail postage prepaid:

**Round 5**
**ATTN: Payroll Department**
**5001 Baum Boulevard, Suite 630**
**Pittsburgh, PA  15213**

Executed on:  May 15, 2018

s/Brian C. Thompson, Esquire
Signature of Chapter 13 Trustee or Attorney for Debtor(s)

Brian C. Thompson, Esquire
Typed Name of Chapter 13 Trustee or Attorney for Debtor(s)

125 Warrendale-Bayne Road, Suite 200, Warrendale, PA 15086
Address of Chapter 13 Trustee or Attorney for Debtor(s)

(724) 799-8404     Pa. I.D. #91197
Phone No. and Pa. I.D. No. of Chapter 13 Trustee or Attorney for Debtor(s)