# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |  |
|---|---|---|
| **Debtor:** | LEONARD M. & MARY J. AFTANAS | FILED |
| **Case Number:** | 16-24153-CMB          **Chapter:** 13 | 6/25/18 1:08 pm |
| **Date / Time / Room:** | THURSDAY, JUNE 21, 2018 11:00 AM  3251 US STEEL | CLERK |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | U.S. BANKRUPTCY |
|  |  | COURT - WDPA |

### *Matter:*

#20 - Continued Confirmation of Plan Dated 11/21/2016 (NFC)

**R / M #:**  20 / 0

### *Appearances:*

MiCHaelS

Debtor:
Trustee:  Winnecour  (Pail)  Katz  /  DeSimone

Creditor:

M. MiKSiCH —
DiHectl

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 9/27/18 at 2:30.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set  for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

6/12/2018  11:33:46AM