**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Mary J. Aftanas<br>    &<br>Leonard M. Aftanas<br>            Debtors | CHAPTER 13<br><br>BKY. NO. 16-24153 CMB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of DITECH FINANCIAL LLC and index same on the master mailing list.

          Respectfully submitted,

          **/s/ James C. Warmbrodt, Esquire**
          James C. Warmbrodt, Esquire
          jwarmbrodt@kmllawgroup.com
          Attorney I.D. No. 42524
          KML Law Group, P.C.
          701 Market Street, Suite 5000
          Philadelphia, PA 19106
          Phone: (215)-627-1322
          Attorney for Movant/Applicant