**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: Leonard M. Aftanas and Mary J. Aftanas, | : | Bankruptcy Case No.: 16-24153-CMB |
| Debtors. | : | Chapter 13 |
| Leonard M. Aftanas and Mary J. Aftanas, | : | Document No.: |
| Movants, | : | Related to Document No.: 89 |
| v. | : | |
| Ditech Financial LLC, | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

    I, Jill A. Gorzé, Paralegal, certify under penalty of perjury that I served the forgoing

Interim Mortgage Modification Order on the Chapter 13 Trustee at

LMP@chapter13trusteewdpa.com on September 12, 2018.


Date: September 12, 2018         /s/Jill A. Gorzé
                                             Jill A. Gorzé, Paralegal
                                             Thompson Law Group, P.C.
                                             125 Warrendale-Bayne Road, Suite 200
                                             Warrendale, Pennsylvania 15086
                                             (724) 799-8404 Telephone
                                             (724) 799-8409 Facsimile
                                             jgorze@thompsonattorney.com