**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: Leonard M. Aftanas and Mary J. Aftanas, | : : : | Bankruptcy Case No.: 16-24153-CMB |
| | : | Chapter 13 |
| Debtors. | : : | |
| Leonard M. Aftanas and Mary J. Aftanas, | : : : | Document No.: |
| Movants, | : : | Related to Document No.: 94 |
| v. | : : | |
| Ditech Financial LLC, | : : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

I, Jill A. Gorzé, Paralegal, certify under penalty of perjury that I served the forgoing

Order Substituting LMP Servicer Order on the Chapter 13 Trustee at

LMP@chapter13trusteewdpa.com on September 24, 2018.

Date: September 24, 2018          /s/Jill A. Gorzé
                                  Jill A. Gorzé, Paralegal
                                  Thompson Law Group, P.C.
                                  125 Warrendale-Bayne Road, Suite 200
                                  Warrendale, Pennsylvania 15086
                                  (724) 799-8404 Telephone
                                  (724) 799-8409 Facsimile
                                  jgorze@thompsonattorney.com