UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA

CONCILIATION CONFERENCE MINUTES

## *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | LEONARD M. & MARY J. AFTANAS |
| **Case Number:** | 16-24153-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 27, 2018 02:30 PM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
9/28/18 3:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## *Matter:*

#20 - Continued Confirmation of Plan Dated 11/21/2016 (NFC)
R / M #:   20 / 0

## *Appearances:*

Debtor: *[signature]*
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor:

*[signature] Perday L M P*

## *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  2/7/19  at  10:30 Am
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/20/2018   10:09:34 AM