# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Leonard M. Aftanas and<br>Mary J. Aftanas, | : | Bankruptcy Case No.: 16-24153-CMB |
| | : | |
| Debtors. | : | Chapter 13 |
| _____ | : | |
| Leonard M. Aftanas and<br>Mary J. Aftanas, | : | Document No.: |
| | : | |
| Movants, | : | Related to Document No.: |
| | : | |
| v. | : | |
| | : | |
| Caliber Home Loans, Inc., f/k/a<br>Vericrest Financial, Inc., | : | |
| | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Jill A. Gorzé, Paralegal, certify under penalty of perjury that I served the forgoing Motion to Extend Loss Mitigation Period, Portal History and Proposed Order on the following parties at the addresses listed below on December 14, 2018, via electronic mail and/or first-class mail postage prepaid:

Ditech Financial LLC
P.O. Box 6154
Rapid City, South Dakota 57709-6154

James C. Warmbrodt, Esquire
Counsel for Ditech Financial LLC
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date:  December 14, 2018

/s/Jill A. Gorzé
Jill A. Gorzé, Paralegal
Thompson Law Group, P.C.
125 Warrendale-Bayne Road, Suite 200
Warrendale, Pennsylvania 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
jgorze@thompsonattorney.com