# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Leonard M. Aftanas and<br>Mary J. Aftanas, | : <br>: <br>: | Bankruptcy Case No.: 16-24153-CMB |
| Debtors. | : <br>: | Chapter 13 |
| Leonard M. Aftanas and<br>Mary J. Aftanas, | : <br>: | Document No.: |
| Movants, | : <br>: | Related to Document No.: |
| v. | : <br>: | |
| No Respondents, | : <br>: | |
| Respondent. | : | |

## NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Debtor Name:    Leonard M. Aftanas and Mary J. Aftanas
    Incorrect Address:  2559 Nicholson Road
                           Sewickley, PA  15143

Corrected Address:

    Debtor Name:    Leonard M. Aftanas and Mary J. Aftanas
    Correct Address:   1615 Sumner Avenue
                           North Charleston, SC  29406

Date:  May 23, 2019                      /s/Brian C. Thompson
                                                   Brian C. Thompson, Esquire
                                                   Attorney for Debtor(s)
                                                   PA ID No. 91197
                                                   THOMPSON LAW GROUP, P.C.
                                                   125 Warrendale Bayne Road, Suite 200
                                                   Warrendale, PA 15086
                                                   (724) 799-8404 Telephone
                                                   (724) 799-8409 Facsimile
                                                   bthompson@thompsonattorney.com