**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>**MARY J. AFTANAS**<br>**LEONARD M. AFTANAS**<br>**A/K/A LEONARD M. AFTANAS, JR**<br>　　　　　Debtors<br><br>**LSF10 MASTER PARTICIPATION TRUST**<br>　　　　　Movant<br>　　　　v.<br>**MARY J. AFTANAS**<br>**LEONARD M. AFTANAS**<br>**A/K/A LEONARD M. AFTANAS, JR**<br>　　　　and<br>**RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)**<br>　　　　　Respondents | BK. No. 16-24153 CMB<br><br>Chapter No. 13<br><br>Related to Document No. 128 |

**CERTIFICATE OF NO OBJECTION REGARDING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY RELATED TO DOCUMENT NO. 128**

　　　　The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay filed on June 26, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Relief from the Automatic Stay were to be filed and served no later than July 17, 2019.

It is hereby respectfully requested that the Order attached to the Motion for Relief from the Automatic Stay be entered by the Court.

Dated: July 18, 2019　　　　　　　　　　/s/ Robert P. Wendt, Esquire
　　　　　　　　　　　　　　　　　　　　Robert P. Wendt, Esq., Id. No.89150
　　　　　　　　　　　　　　　　　　　　Phelan Hallinan Diamond & Jones, LLP
　　　　　　　　　　　　　　　　　　　　Omni William Penn Office Tower
　　　　　　　　　　　　　　　　　　　　555 Grant Street, Suite 300
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　Phone Number: 215-563-7000 Ext 37382
　　　　　　　　　　　　　　　　　　　　Fax Number: 215-568-7616
　　　　　　　　　　　　　　　　　　　　Email: Robert.Wendt@phelanhallinan.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MARY J. AFTANAS<br>LEONARD M. AFTANAS<br>A/K/A LEONARD M. AFTANAS, JR<br>                Debtors<br><br>LSF10 MASTER PARTICIPATION TRUST<br>                Movant<br>                v.<br>MARY J. AFTANAS<br>LEONARD M. AFTANAS<br>A/K/A LEONARD M. AFTANAS, JR<br>                and<br>RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)<br>                Respondents | BK. No. 16-24153 CMB<br><br>Chapter No. 13<br><br>Related to Document No. 128 |

**CERTIFICATE OF SERVICE OF CERTIFICATION OF NO OBJECTION**

        I certify under penalty of perjury that I served or caused to be served the above captioned pleading, Certification of No Objection, on the parties at the addresses shown below on 7/18/2019.

The types of service made on the parties were: <u>Electronic Notification and First Class Mail</u>.

| Service by Electronic Notification | Service by First Class Mail |
|---|---|
| RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)<br>SUITE 3250, USX TOWER<br>600 GRANT STREET<br>PITTSBURGH, PA 15219<br>cmecf@chapter13trusteewdpa.com<br><br>BRIAN C. THOMPSON, ESQUIRE<br>125 WARRENDALE-BAYNE RD<br>SUITE 200<br>WARRENDALE, PA 15086<br>bthompson@ThompsonAttorney.com | LEONARD M. AFTANAS<br>A/K/A LEONARD M. AFTANAS, JR<br>2559 NICHOLSON ROAD<br>SEWICKLEY, PA 15143<br><br>MARY J. AFTANAS<br>2559 NICHOLSON ROAD<br>SEWICKLEY, PA 15143 |

OFFICE OF THE UNITED STATES TRUSTEE
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222
ustpregion03.pi.ecf@usdoj.gov

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading: "Service by Electronic Notification" and those served by mail will be listed under the heading: "Service by First Class Mail."

Method of Service: electronic means or first class mail

Dated: July 18, 2019
                /s/ Robert P. Wendt, Esquire
                Robert P. Wendt, Esq., Id. No.89150
                Phelan Hallinan Diamond & Jones, LLP
                Omni William Penn Office Tower
                555 Grant Street, Suite 300
                Pittsburgh, PA 15219
                Phone Number: 215-563-7000 Ext 37382
                Fax Number: 215-568-7616
                Email: Robert.Wendt@phelanhallinan.com