IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| MARY J. AFTANAS | : BK. No. 16-24153 CMB |
| LEONARD M. AFTANAS | : |
| A/K/A LEONARD M. AFTANAS, JR | : Chapter No. 13 |
| Debtors | : |
| | : Document No. 128 |
| LSF10 MASTER PARTICIPATION TRUST | : |
| Movant | : Hearing Date: 07/24/2019 |
| v. | : |
| MARY J. AFTANAS | : Hearing Time: 10:00 a.m. |
| LEONARD M. AFTANAS | : |
| A/K/A LEONARD M. AFTANAS, JR | : Objection Date: 07/17/2019 |
| and | : |
| RONDA J. WINNECOUR, ESQUIRE (TRUSTEE) | : **ENTERED BY DEFAULT** |
| Respondents | : |

ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, this 19th day of July, 2019, upon Motion of **LSF10 MASTER PARTICIPATION TRUST** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 2559 NICHOLSON ROAD, SEWICKLEY, PA 15143 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage.

FILED
7/19/19 6:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-24153-CMB
Leonard M. Aftanas                                                  Chapter 13
Mary J. Aftanas
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 1              Date Rcvd: Jul 22, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2019.
db/jdb         +Leonard M. Aftanas,    Mary J. Aftanas,    1615 Sumner Avenue,    North Charleston, SC 29406-3740

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2019 at the address(es) listed below:
              Brian C. Thompson    on behalf of Debtor Leonard M. Aftanas bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com
              Brian C. Thompson    on behalf of Joint Debtor Mary J. Aftanas bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com
              Donna M. Donaher    on behalf of Creditor    First National Bank of Pennsylvania
               donaherd@fnb-corp.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert P. Wendt    on behalf of Creditor    LSF10 Master Participation Trust pawb@fedphe.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Thomas Song    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com
                                                                                             TOTAL: 10