## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 16-24153-CMB |
| | ) | |
| Leonard M. Aftanas, | ) | Chapter 13 |
| Mary J. Aftanas, | ) | |
| | ) | |
| Debtors. | ) | Document No. |
| | ) | |
| ------------------------------------------ | ) | Related to Document No. |
| Thompson Law Group, P.C., | ) | |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| | ) | December 18, 2019 at 11:00 a.m. |
| vs. | ) | |
| | ) | |
| No Respondent. | ) | |

### SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTER 13 ON BEHALF OF THOMPSON LAW GROUP, P.C.

To All Creditors and Parties in Interest:

1. Applicant represents Leonard M. Aftanas and Mary J. Aftanas.

2. This is an interim application for the period November 7, 2016 through November 19, 2019.

3. Previous retainer paid to Applicant: $1,000.00.

4. Previous interim compensation allowed to Applicant: $3,000.00

5. Applicant requests additional:
   Compensation of $10,550.00
   Reimbursement of Expenses of $418.24

6. A hearing on the Application will be held in Courtroom B, 600 Grant Street, 54th Floor, Pittsburgh, PA 15219 before Judge Carlota M. Böhm on December 18, 2019 at 11:00 a.m.

7. Any written objections must be filed with the court and served on Applicant on or before December 6, 2019, seventeen (17) days from the date of this notice plus and additional three days if served by mail). Copies of the application are available from the applicant.

Dated: <u>November 19, 2019</u>           /s/Brian C. Thompson
                                          Brian C. Thompson, Esquire
                                          PA ID No. 91197
                                          THOMPSON LAW GROUP, P.C.
                                          125 Warrendale-Bayne Road, Suite 200
                                          Warrendale, PA 15086
                                          (724) 799-8404
                                          bthompson@thompsonattorney.com