# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 16-24153-CMB |
| | ) | |
| Leonard M. Aftanas, | ) | Chapter 13 |
| Mary J. Aftanas, | ) | |
| | ) | |
| Debtors. | ) | Document No. |
| | ) | |
| ------------------------------------------ | ) | Related to Document No. |
| Thompson Law Group, P.C., | ) | |
| | ) | |
| Movant, | ) | **Hearing date and time:** |
| | ) | December 18, 2019 at 11:00 a.m. |
| vs. | ) | |
| | ) | |
| No Respondent. | ) | |

## NOTICE OF HEARING WITH RESPONSIVE DEADLINE ON DEBTORS' MOTION FOR JUDGMENT ORDER

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **December 6, 2019**, i.e., no less than seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **December 18, 2019 at 11:00 A.M.** before **The Honorable Judge Carlota M. Böhm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.** Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Dated: November 19, 2019    /s/ Brian C. Thompson
Brian C. Thompson
PA ID: 91197
Thompson Law Group, P.C.
125 Warrendale Bayne Rd., Suite 200
Pittsburgh, PA 15235
(724) 799-8084 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com