Form 410

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Leonard M. Aftanas**
**Mary J. Aftanas**
   Debtor(s)

Bankruptcy Case No.: 16–24153–CMB
Related to Doc. No. 141
Chapter: 13
Docket No.: 152 – 141
Concil. Conf.: February 20, 2020 at 10:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **January 6, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **January 21, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **February 20, 2020** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: November 22, 2019

                                                      Carlota M. Bohm
                                                    United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-24153-CMB
Leonard M. Aftanas                                                      Chapter 13
Mary J. Aftanas
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dric            Page 1 of 2            Date Rcvd: Nov 22, 2019
                            Form ID: 410          Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2019.

```
db/jdb       +Leonard M. Aftanas,    Mary J. Aftanas,    1615 Sumner Avenue,    North Charleston, SC 29406-3740
cr           +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr           +First National Bank of Pennsylvania,    c/o Donna Donaher,    One North Shore Center,
               12 Federal Street, First Floor,    Pittsburgh, PA 15212-5752
cr           +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
14318451     +AAA Debt Recovery,    PO Box 129,    Monroeville, PA 15146-0129
14318452     +Allegheny County Court of Common Pleas,    Dept. of Court Records, Criminal Div,
               114 Courthouse,    436 Grant Street,    Pittsburgh, PA 15219-2400
14318453     +Associates in Gastroenterology,    5500 Brooktree Road,    Suite 201,    Wexford, PA 15090-9260
14318454     +CBCS,    PO Box 2724,    Columbus, OH 43216-2724
15121083      Citibank, N.A., as trustee for CMLTI Asset Trust,    PO Box 814609,    Dallas, TX  75381-4609
14318455     +Consolidated Communications,    4008 Gibsonia Road,    Gibsonia, PA 15044-9386
14318456      Credit Collections Co.,    509 Monongahela Blvd,    Morgantown, WV 26507
14318457     ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
              (address filed with court: DirecTV,    PO Box 6550,    Greenwood Village, CO 80155)
14318459     +ER Automotive,    547 California Avenue,    Avalon, PA 15202-2426
14318460     +First National Bank of PA,    4140 E. State Street,    Hermitage, PA 16148-3401
14329155     +First National Bank of Pennsylvania,    c/o Donna Donaher,    One North Shore Center,
               12 Federal Street, Suite 105,    Pittsburgh, PA 15212-5753
14318462     +First National Bank of Pennsylvania,    One FNB Blvd.,    Hermitage, PA 16148-3363
14318461     +First National Bank of Pennsylvania,    PO Box 6000,    Hermitage, PA 16148-0900
14318463     +Genesis Medical Associates,    8150 Perry Hwy, Suite 300,    Pittsburgh, PA 15237-5232
14318464      Green Tree Servicing, LLC,    345 St. Peter Street,    1100 Landmark Towers,
               Saint Paul, MN 55102
14318466     +James F. Brungo DPM,    8035 McKnight Road,    Andre Plaza Suite 104,    Pittsburgh, PA 15237-3036
14318467     +Joseph Bikowski, M.D Associates Inc.,    500 Chadwick Street,    Sewickley, PA 15143-1851
14318468     +KML Law Group, PC,    Mellon Independence Center, Ste 5000,    701 Market Street,
               Attn: Jennifer L. Frechie, Esquire,    Philadelphia, PA 19106-1538
15021425     +LSF10 MASTER PARTICIPATION TRUST,    CALIBER HOME LOANS, INC.,    13801 WIRELESS WAY,
               OKLAHOMA CITY OK 73134-2500
14928324     +LSF10 Master Participation Trust c/o Caliber Home,    13801 Wireless Way,
               Oklahoma City, OK 73134-2500
14318469     +McCandless Franklin Park Ambulance Auth.,    Box 1,    Ingomar, PA 15127-0001
14318470     #+McKesson Patient Care Solutions,    540 Lindbergh Drive,    Moon, PA 15108-2750
14318471     +Med Express Billing,    PO Box 719,    Dellslow, WV 26531-0719
14318473     +PA Department of Revenue,    Bureau of Compliance - Lien Section,    PO Box 280948,
               Harrisburg, PA 17128-0948
14318475      Peoples Gas,    PO Box 644760,    Pittsburgh, PA 15264-4760
14347797     +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
               Pittsburgh, PA 15233-1828
14318479     +Tri Rivers Surgical Assoc., Inc.,    9104 Babcock Blvd. #2120,    Pittsburgh, PA 15237-5818
14318480      U.S. Attorneys Office,    Western District of PA,    633 U.S. Post Office & Courthouse,
               Grant Street,    Pittsburgh, PA 15219
14318482      UPMC Passavant,    PO Box 382059,    Pittsburgh, PA 15250-8059
14382720      UPMC Passavant,    PO Box 1123,    Minneapolis, MN 55440-1123
14318483     +UPMC Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
14382721      University of Pittsburgh Physicians,    PO Box 1123,    Minneapolis, MN 55440-1123
14318484     +Waste Management,    PO Box 13577,    Philadelphia, PA 19101-3577
14348582      Wells Fargo Bank N.A.,,    d/b/a Wells Fargo Dealer Services,    PO Box 19657,
               Irvine, CA 92623-9657
14318485     +Wells Fargo Dealer Services,    PO Box 1697,    Winterville, NC 28590-1697
14318486     +West View Water Authority,    PO Box 747107,    Pittsburgh, PA 15274-7105
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14318457      E-mail/Text: G06041@att.com Nov 23 2019 03:17:32     DirecTV,    PO Box 6550,
               Greenwood Village, CO 80155
14318458     +E-mail/Text: bankruptcy.bnc@ditech.com Nov 23 2019 03:16:41     Ditech,    PO Box 94710,
               Palatine, IL 60094-4710
14379412      E-mail/Text: bankruptcy.bnc@ditech.com Nov 23 2019 03:16:41
               Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
               Rapid City, South Dakota 57709-6154
14318465     +E-mail/Text: cio.bncmail@irs.gov Nov 23 2019 03:16:37     Internal Revenue Service,
               PO Box 7346,    Philadelphia, PA 19101-7346
14351907      E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 23 2019 03:22:34     MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14318472     +E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 23 2019 03:21:59     Merrick Bank,
               PO Box 9201,    Old Bethpage, NY 11804-9001
14381573      E-mail/Text: peritus@ebn.phinsolutions.com Nov 23 2019 03:17:56
               PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    Irving, Tx 75014-1419
14318476      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 23 2019 03:22:36
               Portfolio Recovery Associates,    120 Corporate Blvd,    Suite 100,    Norfolk, VA 23502
```

```
District/off: 0315-2          User: dric                  Page 2 of 2                  Date Rcvd: Nov 22, 2019
                              Form ID: 410                Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14325550       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 23 2019 03:22:37
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14362673       +E-mail/Text: bankruptcy@firstenergycorp.com Nov 23 2019 03:17:14      Penn Power,
                 5001 NASA Blvd,    Fairmont WV 26554-8248
14318474       +E-mail/Text: bankruptcy@firstenergycorp.com Nov 23 2019 03:17:14      Penn Power,    PO Box 3687,
                 Akron, OH 44309-3687
14334694        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 23 2019 03:16:51
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
14318477        E-mail/Text: appebnmailbox@sprint.com Nov 23 2019 03:17:05      Sprint,    PO Box 4191,
                 Carol Stream, IL 60197
14318478       +E-mail/Text: bankruptcydepartment@tsico.com Nov 23 2019 03:17:41      Transworld Systems, Inc.,
                 507 Prudential Road,    Horsham, PA 19044-2308
14318481       +E-mail/Text: BankruptcyNotice@upmc.edu Nov 23 2019 03:17:41      UPMC,    2 Hot Metal Street,
                 Dist. Room 386,    Pittsburgh, PA 15203-2348
                                                                                               TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC
cr              LSF10 Master Participation Trust
cr*             Citibank, N.A., as trustee for CMLTI Asset Trust,    PO Box 814609,    Dallas, TX  75381-4609
cr*            +LSF10 Master Participation Trust c/o Caliber Home,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
cr*             PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    IRVING, TX  75014-1419
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                           TOTALS: 2, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2019 at the address(es) listed below:
              Brian C. Thompson    on behalf of Joint Debtor Mary J. Aftanas bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;mswenson@thompsonattorney.com
              Brian C. Thompson    on behalf of Debtor Leonard M. Aftanas bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;mswenson@thompsonattorney.com
              Donna M. Donaher    on behalf of Creditor    First National Bank of Pennsylvania
               donaherd@fnb-corp.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert P. Wendt    on behalf of Creditor    LSF10 Master Participation Trust pawb@fedphe.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Thomas Song    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com
                                                                                               TOTAL: 10
```