## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Leonard M. Aftanas, and<br>Mary J. Aftanas,<br><br>Debtors.<br>_____<br>Thompson Law Group, P.C.,<br><br>Applicant,<br><br>v.<br><br>No Respondents,<br><br>Respondent. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy Case No.: 16-24153-CMB<br><br>Chapter 13<br><br><br><br>Document No.:<br><br>Related to Document No.: 149, 150<br><br><br><br>**Hearing Date and Time:**<br> December 18, 2019 at 11:00 a.m. |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION FOR JUDGMENT ORDER

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on November 19, 2019 at Document No. 149 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice of Hearing and Response Deadline at Document No. 150, Objections were to be filed and served no later than December 6, 2019.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion recorded at Document No. 149 be entered by the Court.

Date: <u>December 9, 2019</u>                    /s/ Brian C. Thompson
                                    Brian C. Thompson, Esquire
                                    Attorney for Debtors
                                    PA ID No. 91197
                                    THOMPSON LAW GROUP, P.C.
                                    125 Warrendale Bayne Road, Suite 200
                                    Warrendale, PA 15086
                                    (724) 799-8404 Telephone
                                    (724) 799-8409 Facsimile
                                    bthompson@thompsonattorney.com