# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy No. 16-24153-CMB |
| Leonard M. Aftanas,<br>Mary J. Aftanas, | Chapter 13 |
| Debtors. | Document No. |
| ----------------------------------------- | Related to Document No. 149 |
| Thompson Law Group, P.C., | |
| Movant, | **Hearing date and time:**<br>December 18, 2019 at 11:00 a.m. |
| vs. | |
| No Respondent. | |

## ENTERED BY DEFAULT
## ORDER OF COURT

AND NOW, upon consideration of the Motion for Judgment Order Relating to Administrative Fees of Thompson Law Group, P.C., it is hereby ORDERED, ADJUDGED, and DECREED that a Money Judgment is entered in favor of Brian C. Thompson, Esquire and Thompson Law Group, P.C. in the amount of $10,182.76 against Leonard M. Aftanas and Mary J. Aftanas.

It is further ORDERED, ADJUDGED, and DECREED that this Order may be registered and shall be entitled to full faith and credit as a judgment in any Court of the United States of America pursuant to the Pennsylvania Uniform Registration of Foreign Judgments Act, 42 Pa. C.S.A. §4306.

Date: _____December 10, 2019_____

Carlota M. Böhm    dmk
Chief United States Bankruptcy Court Judge

FILED
12/10/19 9:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Leonard M. Aftanas
Mary J. Aftanas
    Debtors

Case No. 16-24153-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: aala     Page 1 of 1     Date Rcvd: Dec 10, 2019
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2019.
db/jdb         +Leonard M. Aftanas,    Mary J. Aftanas,    1615 Sumner Avenue,    North Charleston, SC 29406-3740

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2019 at the address(es) listed below:

          Brian C. Thompson    on behalf of Debtor Leonard M. Aftanas bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;mswenson@thompsonattorney.com
          Brian C. Thompson    on behalf of Joint Debtor Mary J. Aftanas bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;mswenson@thompsonattorney.com
          Donna M. Donaher     on behalf of Creditor    First National Bank of Pennsylvania donaherd@fnb-corp.com
          James Warmbrodt     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          James Warmbrodt     on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Robert P. Wendt     on behalf of Creditor    LSF10 Master Participation Trust pawb@fedphe.com
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Thomas Song     on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com
                                                                                                                 TOTAL: 10