Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Leonard M. Aftanas** | : | Case No. 16−24153−CMB |
| **Mary J. Aftanas** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Per Doc. No. 152 |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND
TERMINATING WAGE ATTACHMENT**

*AND NOW,* this *The 12th of February, 2020,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)   The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-24153-CMB
Leonard M. Aftanas                                                      Chapter 13
Mary J. Aftanas
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: dric              Page 1 of 2          Date Rcvd: Feb 12, 2020
                             Form ID: 309            Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2020.
```
db/jdb         +Leonard M. Aftanas,    Mary J. Aftanas,    1615 Sumner Avenue,    North Charleston, SC 29406-3740
cr             +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +First National Bank of Pennsylvania,    c/o Donna Donaher,    One North Shore Center,
                 12 Federal Street, First Floor,    Pittsburgh, PA 15212-5752
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14318451       +AAA Debt Recovery,    PO Box 129,    Monroeville, PA 15146-0129
14318452       +Allegheny County Court of Common Pleas,    Dept. of Court Records, Criminal Div,
                 114 Courthouse,    436 Grant Street,    Pittsburgh, PA 15219-2400
14318453       +Associates in Gastroenterology,    5500 Brooktree Road,    Suite 201,    Wexford, PA 15090-9260
14318454       +CBCS,   PO Box 2724,    Columbus, OH 43216-2724
15121083        Citibank, N.A., as trustee for CMLTI Asset Trust,    PO Box 814609,    Dallas, TX  75381-4609
14318455       +Consolidated Communications,    4008 Gibsonia Road,    Gibsonia, PA 15044-9386
14318456        Credit Collections Co.,    509 Monongahela Blvd,    Morgantown, WV 26507
14318459       +ER Automotive,    547 California Avenue,    Avalon, PA 15202-2426
14318460       +First National Bank of PA,    4140 E. State Street,    Hermitage, PA 16148-3401
14329155       +First National Bank of Pennsylvania,    c/o Donna Donaher,    One North Shore Center,
                 12 Federal Street, Suite 105,    Pittsburgh, PA 15212-5753
14318462       +First National Bank of Pennsylvania,    One FNB Blvd.,    Hermitage, PA 16148-3363
14318461       +First National Bank of Pennsylvania,    PO Box 6000,    Hermitage, PA 16148-0900
14318463       +Genesis Medical Associates,    8150 Perry Hwy, Suite 300,    Pittsburgh, PA 15237-5232
14318464        Green Tree Servicing, LLC,    345 St. Peter Street,    1100 Landmark Towers,
                 Saint Paul, MN 55102
14318466       +James F. Brungo DPM,    8035 McKnight Road,    Andre Plaza Suite 104,    Pittsburgh, PA 15237-3036
14318467       +Joseph Bikowski, M.D Associates Inc.,    500 Chadwick Street,    Sewickley, PA 15143-1851
14318468       +KML Law Group, PC,    Mellon Independence Center, Ste 5000,    701 Market Street,
                 Attn: Jennifer L. Frechie, Esquire,    Philadelphia, PA 19106-1538
15021425       +LSF10 MASTER PARTICIPATION TRUST,    CALIBER HOME LOANS, INC.,    13801 WIRELESS WAY,
                 OKLAHOMA CITY OK 73134-2500
14928324       +LSF10 Master Participation Trust c/o Caliber Home,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
14318469       +McCandless Franklin Park Ambulance Auth,    Box 1,    Ingomar, PA 15127-0001
14318471       +Med Express Billing,    PO Box 719,    Dellslow, WV 26531-0719
14318473       +PA Department of Revenue,    Bureau of Compliance - Lien Section,    PO Box 280948,
                 Harrisburg, PA 17128-0948
14318475        Peoples Gas,    PO Box 644760,    Pittsburgh, PA 15264-4760
14347797       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14318479       +Tri Rivers Surgical Assoc., Inc.,    9104 Babcock Blvd. #2120,    Pittsburgh, PA 15237-5818
14318480        U.S. Attorneys Office,    Western District of PA,    633 U.S. Post Office & Courthouse,
                 Grant Street,    Pittsburgh, PA 15219
14382720        UPMC Passavant,    PO Box 1123,    Minneapolis, MN 55440-1123
14318482        UPMC Passavant,    PO Box 382059,    Pittsburgh, PA 15250-8059
14318483       +UPMC Physician Services,    PO Box 371960,    Pittsburgh, PA 15250-7980
14382721        University of Pittsburgh Physicians,    PO Box 1123,    Minneapolis, MN 55440-1123
14318484       +Waste Management,    PO Box 13577,    Philadelphia, PA 19101-3577
14318486       +West View Water Authority,    PO Box 747107,    Pittsburgh, PA 15274-7105
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14318457        EDI: DIRECTV.COM Feb 13 2020 07:38:00      DirecTV,   PO Box 6550,    Greenwood Village, CO 80155
14318458       +E-mail/Text: bankruptcy.bnc@ditech.com Feb 13 2020 03:04:08      Ditech,    PO Box 94710,
                 Palatine, IL 60094-4710
14379412        E-mail/Text: bankruptcy.bnc@ditech.com Feb 13 2020 03:04:08
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
14318465       +EDI: IRS.COM Feb 13 2020 07:38:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
14351907        E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 13 2020 03:14:09        MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14318472       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 13 2020 03:15:07        Merrick Bank,
                 PO Box 9201,    Old Bethpage, NY 11804-9001
14381573        E-mail/Text: peritus@ebn.phinsolutions.com Feb 13 2020 03:06:34
                 PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    Irving, Tx 75014-1419
14318476        EDI: PRA.COM Feb 13 2020 07:38:00      Portfolio Recovery Associates,    120 Corporate Blvd,
                 Suite 100,    Norfolk, VA 23502
14325550       +EDI: PRA.COM Feb 13 2020 07:38:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14362673       +E-mail/Text: bankruptcy@firstenergycorp.com Feb 13 2020 03:05:23       Penn Power,
                 5001 NASA Blvd,    Fairmont WV 26554-8248
14318474       +E-mail/Text: bankruptcy@firstenergycorp.com Feb 13 2020 03:05:23       Penn Power,    PO Box 3687,
                 Akron, OH 44309-3687
```

```
District/off: 0315-2          User: dric                  Page 2 of 2                  Date Rcvd: Feb 12, 2020
                              Form ID: 309                Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14334694          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 13 2020 03:05:04
                   Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                   Harrisburg, Pa.  17128-0946
14318477          EDI: NEXTEL.COM Feb 13 2020 07:38:00       Sprint,   PO Box 4191,   Carol Stream, IL 60197
14318478         +E-mail/Text: bankruptcydepartment@tsico.com Feb 13 2020 03:06:13       Transworld Systems, Inc.,
                   507 Prudential Road,   Horsham, PA 19044-2308
14318481         +E-mail/Text: BankruptcyNotice@upmc.edu Feb 13 2020 03:06:08       UPMC,   2 Hot Metal Street,
                   Dist. Room 386,   Pittsburgh, PA 15203-2348
14348582          EDI: WFFC.COM Feb 13 2020 07:38:00       Wells Fargo Bank N.A.,,
                   d/b/a Wells Fargo Dealer Services,   PO Box 19657,   Irvine, CA 92623-9657
14318485         +EDI: WFFC.COM Feb 13 2020 07:38:00       Wells Fargo Dealer Services,   PO Box 1697,
                   Winterville, NC 28590-1697
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC
cr              LSF10 Master Participation Trust
cr*             Citibank, N.A., as trustee for CMLTI Asset Trust,    PO Box 814609,   Dallas, TX  75381-4609
cr*            +LSF10 Master Participation Trust c/o Caliber Home,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
cr*             PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,   IRVING, TX  75014-1419
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14318470       ##+McKesson Patient Care Solutions,    540 Lindbergh Drive,   Moon, PA 15108-2750
                                                                                   TOTALS: 2, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2020                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2020 at the address(es) listed below:
              Brian C. Thompson    on behalf of Joint Debtor Mary J. Aftanas bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;mswenson@thompsonattorney.com
              Brian C. Thompson    on behalf of Debtor Leonard M. Aftanas bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;mswenson@thompsonattorney.com
              Donna M. Donaher    on behalf of Creditor    First National Bank of Pennsylvania
               donaherd@fnb-corp.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert P. Wendt    on behalf of Creditor    LSF10 Master Participation Trust pawb@fedphe.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Thomas Song    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com
                                                                                             TOTAL: 10
```