**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

LEONARD M. AFTANAS
MARY J. AFTANAS
    Debtor(s)

Case No.: 16-24153

Ronda J. Winnecour
    Movant
    vs.
No Respondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 11/07/2016 and confirmed on 05/01/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2.  The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 32,972.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 32,972.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,790.48 | |
|     Trustee Fee | 1,442.48 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,232.96 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| CITIBANK NA - TRUSTEE CMLTI ASSET TRU<br>    Acct: 9998 | 11,152.08 | 11,152.08 | 0.00 | 11,152.08 |
| CITIBANK NA - TRUSTEE CMLTI ASSET TRU<br>    Acct: 1932 | 7,496.12 | 7,496.12 | 0.00 | 7,496.12 |
| CITIBANK NA - TRUSTEE CMLTI ASSET TRU<br>    Acct: 9998 | 2,985.53 | 2,985.53 | 0.00 | 2,985.53 |
| CITIBANK NA - TRUSTEE CMLTI ASSET TRU<br>    Acct: 1932 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>    Acct: 6688 | 8,475.54 | 0.00 | 590.94 | 590.94 |
| PA DEPARTMENT OF REVENUE*<br>    Acct: 4700 | 7,396.88 | 0.00 | 515.82 | 515.82 |
| PERITUS PORTFOLIO SERVICES II LLC<br>    Acct: 3137 | 8,300.00 | 3,921.48 | 767.07 | 4,688.55 |
| | | | | 27,429.04 |
| **Priority** | | | | |
| BRIAN C THOMPSON ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| LEONARD M. AFTANAS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMPSON LAW GROUP PC | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMPSON LAW GROUP PC | 785.48 | 785.48 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMPSON LAW GROUP PC | 10,182.76 | 5.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXX9/19 | | | | |
| THOMPSON LAW GROUP PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALLEGHENY COUNTY COURT OF COMMON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: . | | | | |
| INTERNAL REVENUE SERVICE* | 2,934.17 | 0.00 | 0.00 | 0.00 |
| Acct: 4700 | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4700 | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| Acct: XXXXXXXX-CMB | | | | |
| | | | | 310.00 |
| **Unsecured** | | | | |
| AAS DEBT RECOVERY INC/AMERICAN AD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6688 | | | | |
| ASSOC IN GASTROENTEROLOGY PGH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2064 | | | | |
| CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1415 | | | | |
| CONSOLIDATED COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1960 | | | | |
| CREDIT COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4110 | | | | |
| DIRECTV (*) - TRUSTEE PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1240 | | | | |
| ER AUTOMOTIVE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1298 | | | | |
| GENESIS MEDICAL ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9923 | | | | |
| JAMES F BRUNGO DPM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6247 | | | | |
| JOSEPH BIKOWSKI & ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5038 | | | | |
| MCCANDLESS-FRANKLIN PARK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 35EO | | | | |
| MED EXPRESS BILLING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3908 | | | | |
| MERRICK BANK | 1,262.82 | 0.00 | 0.00 | 0.00 |
| Acct: 9777 | | | | |
| PENN POWER** | 1,523.80 | 0.00 | 0.00 | 0.00 |
| Acct: 6392 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 2,096.50 | 0.00 | 0.00 | 0.00 |
| Acct: 3777 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8540 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7814 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2060 | | | | |
| SPRINT CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9811 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | TRANSWORLD SYSTEMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9166 | | | | |
| | UPMC PRESBYTERIAN SHADYSIDE HOSP | 1,417.15 | 0.00 | 0.00 | 0.00 |
| | Acct: 6688 | | | | |
| | UPMC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5238 | | | | |
| | UPMC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5194 | | | | |
| | UPMC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5190 | | | | |
| | UNIVERSITY OF PITTSBURGH PHYSICIANS | 300.10 | 0.00 | 0.00 | 0.00 |
| | Acct: 6688 | | | | |
| | UNIVERSITY OF PGH PHYSICIAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | UNIVERSITY OF PGH PHYSICIAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | WASTE MANAGEMENT* (PMT) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0688 | | | | |
| | WELLS FARGO BANK NA D/B/A WELLS FA | 4,700.08 | 0.00 | 0.00 | 0.00 |
| | Acct: 6506 | | | | |
| | WEST VIEW WATER AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0000 | | | | |
| | PERITUS PORTFOLIO SERVICES II LLC | 1,327.71 | 0.00 | 0.00 | 0.00 |
| | Acct: 3137 | | | | |
| | INTERNAL REVENUE SERVICE* | 115,819.18 | 0.00 | 0.00 | 0.00 |
| | Acct: 6688 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXPRAE | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GREEN TREE SERVICING LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | THOMAS SONG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MCKESSON PATIENT CARE SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TRI-RIVERS SURGICAL ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | U S ATTORNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                  27,739.04

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 3,244.17 |
| SECURED | 45,806.15 |
| UNSECURED | 128.447.34 |

Date: 03/05/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com